# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128345

NORBERTO PAEZ RODRIGUEZ,
      Plaintiff-Appellee,

v

                                               SC: 128345
                                               COA: 258000
                                               WCAC: 03-000335

MEXICAN INDUSTRIES IN MICHIGAN,
INC., and FIREMAN'S FUND INSURANCE
COMPANY,
      Defendants-Appellants,

and

CENTENNIAL INSURANCE/ATLANTIC
MUTUAL INSURANCE COMPANY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005                                        
                                                  Clerk

*l*0919